UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARSHA A. WILLIS     CIVIL ACTION

VERSUS     NO. 12-760-BAJ-RLB

EAN HOLDINGS, LLC, ET AL.

## ORDER

This matter is before the Court *sua sponte*. On November 30, 2012, the defendant EAN Holdings, LLC filed a Notice of Removal, asserting diversity jurisdiction based upon 28 U.S.C. § 1332. Specifically, defendant EAN Holdings, LLC alleges that the non-diverse defendant Troy David Thibodaux was fraudulently joined as a defendant and his citizenship should be disregarded for the purposes of determining diversity jurisdiction.

The removing party bears the burden of demonstrating fraudulent joinder. *Carriere v. Sears, Roebuck & Co.*, 893 F.2d 98, 100 (5th Cir. 1990). Whether this court has subject-matter jurisdiction over this action is a threshold matter that cannot be resolved on the face of the pleadings filed to date. Accordingly,

**IT IS ORDERED** that defendant EAN Holdings, LLC shall submit a brief, not later than 21 days after the date of this order, in support of their contention that this court has jurisdiction, specifically addressing the alleged fraudulent joinder of defendant Thibodaux.

**IT IS FURTHER ORDERED** that the plaintiff shall then have 21 days from the submission of the defendants' brief to file a response brief.

Signed in Baton Rouge, Louisiana, on June 10, 2013.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE